UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TYRON RICHMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-01436-MTS |
| | ) | |
| KEVIN DAHMM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on *pro se* Plaintiff Tyron Richmond's motion, Doc. [8], for an extension of time to comply with this Court's prior order, issued on November 19, 2024. Doc. [7]. In that order, the Court gave Plaintiff additional time—until December 20, 2024—to either (1) file a properly supported application to proceed in the district court without prepaying fees or costs or (2) prepay the entire $405 filing fee. *Id.* The Court granted the extension in response to Plaintiff's representations that Missouri Department of Corrections ("DOC") officials had denied his requests for a certified copy of his prison account statement, which he needs before he can proceed without prepaying fees or costs. *See* 28 U.S.C. § 1915(a)(2). Moreover, DOC officials had not yet approved a "green check," submitted on November 03, 2024, which Plaintiff says is necessary to disburse $405 from his account and pay the filing fee.

Plaintiff now moves for an additional thirty days to comply. He states that he has yet to receive approval from DOC officials regarding another "green check," submitted on December 02, 2024. Additionally, DOC officials have not yet released a certified copy of his prison account statement. Once again, Plaintiff provides no explanation as to why DOC officials have allegedly withheld approval for disbursement of Plaintiff's filing fee or denied him access to a certified copy

-1-

of his account statement.* He also fails to describe any intervening steps he has taken to try to obtain approval before expiration of the current deadline. Still, the Court finds there is good cause to grant Plaintiff's motion, and the Court will extend the deadline. *See* Fed. R. Civ. P. 6(b)(1)(A). An additional extension of time will not be granted absent extraordinary circumstances. Failure to comply with this order will result in dismissal without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time, Doc. [8], is **GRANTED**.

**IT IS FURTHER ORDERED** that, no later than **Tuesday, January 21, 2025**, Plaintiff shall prepay the entire $405 filing fee or submit a properly supported application to proceed in the district court without prepaying fees or costs, complete with certified copy of his account statement for the six-month period immediately preceding the filing of this action.

**IT IS FINALLY ORDERED** that the Clerk of Court shall mail Plaintiff three copies of this Memorandum and Order so that Plaintiff may provide copies to the appropriate Department of Corrections officials to assist him in obtaining approval for a $405 filing-fee disbursement or a certified copy of his prison account statement.

Dated this 19th day of December 2024.

MATTHEW T. SCHELP
UNITED DISTRICT JUDGE

---

* The Court noted as much in its prior order. Doc. [7] at 2 ("Plaintiff does not provide an explanation as to why he was allegedly denied the account statement or the withdrawal of funds from his prison account.").