## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TYRON RICHMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01436-MTS |
| ) | |
| KEVIN DAHM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Tyron Richmond's Motion for an Extension of Time to effectuate service of process on Defendants Rachel Bedore and Kevin Dahmm in accordance with Federal Rule of Civil Procedure 4. Doc. [17]. Plaintiff seeks an extension of "30 or 60 days" due to late receipt of the mail. *Id*. For good cause shown, the Court will grant Plaintiff an additional 45 days to effectuate service on Defendants Bedore and Dahmm. Plaintiff's failure to timely serve the Defendants or file a timely, properly supported motion requesting that the Court order service on his behalf will result in dismissal of this action without prejudice and without further notice as to any unserved Defendant. *See* Fed. R. Civ. P. 4(c), (e), (m).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time to effectuate service of process on Defendants Rachel Bedore and Kevin Dahmm in accordance with Federal Rule of Civil Procedure 4, Doc. [17], is **GRANTED.**

-2-

**IT IS FURTHER ORDERED** that Plaintiff must effectuate service on Defendants Bedore and Dahmm no later than **Monday, August 18, 2025**. Failure to do so will result in dismissal of this action without prejudice as to any unserved Defendant. *See* Fed. R. Civ. P. (4)(c), (e), (m).

Dated this 2nd day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE