UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYRON RICHMOND, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-01436-MTS |
| KEVIN DAHMM, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Tyron Richmond's Notice of Attempt to Issue Service. Doc. [19]. Plaintiff's purported service by "personally hand deliver[ing] a handwritten summons and a copy of the amended complaint" to both Defendants did not suffice. *See* Doc. [19] at 3; *see also* Fed. R. Civ. P. 4(a)(1)(F)–(G); *id.* at 4(c)(2). Nor has Plaintiff "properly supported [a] motion requesting that the Court order service on his behalf." *See* Doc. [18] at 1. Thus, Plaintiff must provide the Clerk of Court a Notice of Process Server form along with proposed summonses. *See* E.D. Mo. L.R. 2.02(B).

As previously ordered, Plaintiff must effectuate service on Defendants Bedore and Dahmm no later than **Monday**, **August 18, 2025**. *See* Doc. [18] at 2; s*ee also Amara v. Dep't of Navy*, 4:22-cv-1055-SEP, 2022 WL 17414953, at *1 (E.D. Mo. Dec. 5, 2022) ("Plaintiff is advised that he is responsible for serving Defendants because he is not proceeding *in forma pauperis*."). Failure to do so will result in dismissal of this action without prejudice as to any unserved Defendant. *See* Fed. R. Civ. P. (4)(c), (e), (m); *see also Omni Cap. Int'l, Ltd. v. Rudolf Wolff & Co.*, 484 U.S. 97, 104 (1987) ("Before a federal

court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied.").

The Clerk of Court is respectfully directed to send Plaintiff, along with a copy of this Memorandum and Order, a copy of the Court's notice of Intent to Use Process Server form (form MOED-0004) and two blank summonses.

So **ORDERED** this 16th day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE